

# Missouri Court of Appeals
## Southern District

**AUGUST 11, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1. SD32820 State of Missouri v. Derwinn L. Cole